[Civ. No. 2226.   First Appellate District.—October 22, 1917.]

## B. W. GORTER, Petitioner, v. INDUSTRIAL ACCIDENT COMMISSION et al., Respondents.

WORKMEN'S COMPENSATION ACT—RELATIONSHIP OF EMPLOYER AND EMPLOYEE—EVIDENCE—AFFIRMANCE OF AWARD.—A writ of review to annul an award of compensation made by the Industrial Accident Commission must be dismissed and the award affirmed where the evidence sustains the conclusion of the commission that the relation of. employer and employee existed between the petitioner for the writ and the applicant for compensation.

APPLICATION for a Writ of Review originally made to the District Court of Appeal for the First Appellate District to annul an award of the Industrial Accident Commission.

The facts are stated in the opinion of the court.

H. Clyde Harms, and Randolph V. Whiting, for Petitioner.

Christopher M. Bradley, for Respondents.

THE COURT.—Petition for writ of review.

It is contended by petitioner that the applicant in whose favor an award was made by the Industrial Accident Commission was not in his employ but was working independently, although under an arrangement with petitioner by which the latter furnished him with the necessary tools and appliances for performing his work and received forty per cent of the amounts earned by the applicant. The respondent, Industrial Accident Commission, concluded from the evidence on the whole that the relation of employer and employee existed, and thereupon made its award. We are satisfied that the evidence sustains this conclusion, and for that reason the writ is dismissed and the award affirmed.